**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KELLY DECAIRE**

        **Plaintiff,**

v.                                                    Case No. 6:11-CV-00266-GAP-GJK

**THE DEVEREUX FOUNDATION, INC.,**
**And KEVIN TURNER**

        **Defendants.**

_____

**THE PARTIES' AGREED LITIGATION HOLD ON ESI**

The parties agree that electronic records or storage devices or systems may contain discoverable information. As a result, counsel for each party shall, within ten days of execution of this agreement, direct their clients to initiate a "litigation hold" as to relevant sources of evidence.

The "litigation hold" entails (a) an immediate suspension of any routine practice, policy or procedure of destroying any documents or data that are potentially relevant (including electronically stored records, such as email and instant messages); and (b) collection and preservation of such documents/data for use in the litigation.

Counsel shall advise their respective clients in writing that (a) the party is under a legal duty to preserve relevant evidence, including both paper documents and those that are stored electronically, and that all document destruction in accordance with organizational policy must be suspended; and (b) that the litigation hold applies to information on the company's network servers, e-mail server, workstations, laptops, portable hard drives, PDAs, employee personal computers and all other storage media, such as diskettes and CDs, as well as to all file types, including e-mail, word

processing documents, spreadsheets and power point presentations.

Counsel shall identify the categories of documents that must be preserved and the time frame encompassed by the litigation hold, and shall explain that failure to comply with the instructions could result in discipline for the employee and the imposition of sanctions on the party.

This memorandum shall be provided to Plaintiff and, in the case of Defendant, to each person likely to have possession, custody, or control of any such record or a role in purging of such records.