**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KELLY DECAIRE,**

       **Plaintiff,**

-vs-                Case No. 6:11-cv-266-Orl-31GJK

**THE DEVEREUX FOUNDATION, INC.**
**and KEVIN TURNER,**

       **Defendants.**

## ORDER

   This matter comes before the Court on the Joint Motion for Leave to File Under Seal and for Approval of Settlement Agreement (Doc. 43). Within that motion, the parties assert that the Plaintiff will receive the entire amount of unpaid overtime to which she was entitled, as calculated by her expert witness, along with an equal amount in liquidated damages. (Doc. 43 at 2). Accordingly, there has been no "compromise" of the Plaintiff's claim, and therefore there is no need for judicial oversight of the settlement agreement. *See Mackenzie v. Kindred Hospitals East, L.L.C.*, 276 F.Supp.2d 1211 (M.D.Fla. 2003). Accordingly, it is hereby

   **ORDERED** that the the Joint Motion for Leave to File Under Seal and for Approval of Settlement Agreement (Doc. 43) is **GRANTED**, and the settlement is **APPROVED**. This case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or,

on good cause shown, to reopen the case for further proceedings. Any pending motions are

**DENIED AS MOOT**. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 6, 2011.

                                                GREGORY A. PRESNELL
                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party